## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

ConcernedApe LLC

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:26−cv−03505
                                                        Honorable Virginia M.
                                                        Kendall

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

        MINUTE entry before the Honorable Virginia M. Kendall. Status and Motion hearing held on 6/9/2026. Defendant nfghkfkfhk failed to appear and failed to file a memorandum as directed in Minute Entry [26]. Defendant nfghkfkfhk's pro se Motion to Dismiss or Sever for Misjoinder [15] is denied. Plaintiff's Motion to strike Motion [19] is dismissed as moot. Pro se Defendant Aviad Dviker appeared on behalf of avdvi−67 and yahasthine−0 via teleconference. The Court advised that business entities cannot proceed pro se. Plaintiff's Motion for Preliminary Injunction [17] is granted with the exception of Defendants avdvi−67 and yahasthine−0. Order to follow. Defendants avdvi−67 and yahasthine−0 shall file their responsive brief by 6/23/2026. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.