**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ConcernedApe LLC, | |
| Plaintiff, | Case No. 26-cv-3505 |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Judge Virginia M. Kendall |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), ConcernedApe LLC. ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| Defendant No. | Store Name |
|---|---|
| 51 | Cartpitol |
| 75 | SoulmateArtK |
| 84 | lovelycostume |
| 85 | ouyangxuelian |

Dated: June 11, 2026

Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
***One of the Attorneys for Plaintiff***

Matthew De Preter
Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
cdepreter@agdglaw.com
shastings@agdglaw.com

4887-1537-2431, v. 1