**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

ConcernedApe LLC

                                                    Plaintiff,

v.                                                                      Case No.:
                                                                        1:26−cv−03505
                                                                        Honorable Virginia M.
                                                                        Kendall

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 24, 2026:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 6/24/2026. Pro se Aviad Dviker failed to appear on behalf of Defendants avdvi−67 and yahasthine−0. Plaintiff's Counsel advised that she has been in contact with Aviad Dviker and they are working on potential settlement. Status hearing continued for 8/4/2026 at 9:30 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.